1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Criminal, Division Chief

4  ANDREW M. SCOBLE (CABN 124940)
   ASEEM PADUKONE (CABN 298812)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7249/6401/7369
       Fax: (415) 436-7234
8      Email:  andrew.scoble@usdoj.gov
       Email:  aseem.padukone@usdoj.gov
9
   Attorneys for United States of America
10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                               SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,           )  NO. CR 19-0280 RS
                                         )
16 |      Plaintiff,                     )  STIPULATION TO EXCLUDE TIME FROM
                                         )  NOVEMBER 9, 2022 THROUGH MAY 1, 2023;
17 |   v.                                )  AND ORDER
                                         )
18 | ELMER RODRIGUEZ,                    )
                                         )
19 |      Defendant.                     )
                                         )
20

21         It is hereby stipulated by and between counsel for the United States and counsel for defendant

22  ELMER RODRIGUEZ that time be excluded under the Speedy Trial Act from November 9, 2022 (the

23  date through which time was previously excluded) through May 1, 2023 (the date on which jury

24  selection is scheduled to commence).

25         The parties appeared before the district court for a status conference on November 9, 2022.  The

26  hearing took place in-person and defendants ELMER RODRIGUEZ and Rogelio Belloso Aleman were

27  present, with counsel Adam G. Gasner appearing specially for defendant Aleman.  A sworn Spanish

28  interpreter assisted.  The government noted that it believed that defendant Aleman was likely to resolve

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR
19-0280 RS                                                                                    v. 7/10/2018

his case via plea agreement. The parties requested that the Court set a trial date for defendant RODRIGUEZ. The Court ordered that jury selection commence on May 1, 2023, and that the jury trial begin on May 8, 2023. The Court requested that the parties submit a proposed order excluding time under the Speedy Trial Act.

As a preliminary matter, the parties note that this case involves a significant volume of discovery. Overall, discovery consists of more than 465,000 pages of documents, more than 3,777 hours of audio recordings, over 310 hours of video footage (not including pole camera videos) and 32,810 digital images (e.g., spreadsheets, emails, text files, digital images, program/system file). Discovery also includes the contents of 29 Facebook accounts and is the equivalent of 271,193 pages. There are forensic reports from 92 mobile devices, which amount to over 553 gigabytes, the equivalent of approximately 306,650 pages. There are 21,093 recorded calls from in-custody clients. And 520-gigabytes of pole camera footage from two locations spanning over a one-month period. Additionally, as the parties represented to the Court, the government intends to secure a Third Superseding Indictment which adjusts the charges against defendant Rodriguez — although this new charging document will follow from discovery that has already been produced.

Because the discovery process is ongoing, because the parties are still discussing an appropriate Pretrial Scheduling Order, and because the government intends to seek a superseding indictment to add charges (based on the same discovery that has been provided to the defense), the government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel may prepare, including by reviewing discovery, drafting pre-trial motions, and making arrangements to consult with his client. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree that this case is so complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii). For these reasons and as further stated on the record during court appearances, the parties stipulate and agree that time should be excluded under the Speedy Trial Act through May 1, 2023.

//

//

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for defendant ELMER RODRIGUEZ to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 22, 2022           /s/
                                   ANDREW M. SCOBLE
                                   ASEEM PADUKONE
                                   Assistant United States Attorneys

DATED: December 22, 2022           /s/
                                   ADAM GASNER
                                   Counsel for Elmer Rodriguez

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from November 9, 2022 through May 1, 2023 would unreasonably deny defense counsel and defendant RODRIGUEZ the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that this case is so complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court concludes that the ends of justice served by excluding the time from November 9, 2022 through May 1, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, with the consent of the parties, IT IS HEREBY ORDERED that the time from November 9, 2022 through May 1, 2023 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv), for defendant ELMER RODRIGUEZ.

IT IS SO ORDERED.

DATED: December 22, 2022           _____
                                   HON. RICHARD SEEBORG
                                   Chief United States District Judge