ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:     415-782-6000
Facsimile:      415-782-6011
E-Mail:          adam@gasnerlaw.com

Attorneys for Defendant
ELMER RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELMER RODRIGUEZ,<br><br>Defendant. | Case No: 3:19-cr-00280-RS<br><br>STIPULATION TO HEARING ON RULE 33 MOTION AT SENTENCING; BRIEF SCHEDULING &<br><br>ORDER<br><br>Hearing Date: September 19, 2023<br>Hon. Richard Seeborg, Courtroom 3 |

Having met and conferred, the parties agree to a Rule 33 hearing on September 19, 2023. The parties further agree to the following briefing schedule:

Defense Brief:            August 15, 2023

USAO Opposition:      August 29, 2023

Reply (if any):            September 12, 2023

Hearing date:             September 19, 2023

DATED: July 28, 2023

                /s/ *Adam Gasner*
                Adam G. Gasner, Esq.
                Attorney for Defendant
                ELMER RODRIGUEZ

DATED: July 28, 2023

                /s/ *Aseem Padukone*
                Aseem Padukone, Esq.
                Assistant United States Attorney

DATED: July 28, 2023

                /s/ *Andrew Scoble*
                Andrew Scoble, Esq.
                Assistant United States Attorney

**ORDER**

FOR GOOD CAUSE SHOWN,

It is hereby ORDERED that the Rule 33 motion in this matter shall be heard on September 19, 2023. It is further ORDERED that briefings shall be filed accordingly:

Defense Brief:        August 15, 2023

USAO Opposition:    August 29, 2023

Reply (if any):        September 12, 2023

Hearing date:        September 19, 2023.

DATED: July  28 , 2023

                HON. RICHARD SEEBORG
                U.S. DISTRICT COURT JUDGE