ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:   415-782-6000
Facsimile:   415-782-6011
E-Mail:   adam@gasnerlaw.com

Attorneys for Defendant
ELMER RODRIGUEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELMER RODRIGUEZ,<br><br>Defendant. | Case No: 3:19-cr-00280-RS<br><br>STIPULATION TO CONTINUE RULE 33 MOTION HEARING DATE AND REVISED BRIEFING SCHEDULE &<br><br>ORDER<br><br>Sentencing Date: November 28, 2023<br>Hon. Richard Seeborg, Courtroom 3 |

Having met and conferred, the parties stipulate to continue the Rule 33 motion hearing, currently set for September 19, 2023, to November 28, 2023, with a revised briefing schedule as follows:

Defense Brief:          November 9, 2023

USAO Opposition:    November 16, 2023

Reply (if any):           November 21, 2023

Hearing date:            November 28, 2023

1

Stipulation Order 3:19-cr-00280-RS

DATED: August 10, 2023

/s/ *Adam Gasner*
Adam G. Gasner, Esq.
Attorney for Defendant
ELMER RODRIGUEZ

DATED: August 10, 2023

/s/ *Aseem Padukone*
Aseem Padukone, Esq.
Assistant United States Attorney

DATED: August 10, 2023

/s/ *Andrew Scoble*
Andrew Scoble, Esq.
Assistant United States Attorney

**ORDER**

FOR GOOD CAUSE SHOWN,

It is hereby or ORDERED that the Rule 33 motion hearing, currently set for September 19, 2023, shall be continued to November 28, 2023, with a revised briefing schedule as follows:

Defense Brief:        November 9, 2023

USAO Opposition:   November 16, 2023

Reply (if any):        November 21, 2023

Hearing date:         November 28, 2023

DATED: August __10__, 2023

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE