UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-355 |
| Plaintiff - Appellee, | D.C. No. 3:19-cr-00280-RS-13 Northern District of California, San Francisco |
| v. | |
| ELMER RODRIGUEZ, AKA Gordo, | ORDER |
| Defendant - Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 7) of appellant's appointed counsel Adam G. Gasner to withdraw as counsel of record and to appoint new counsel is granted.

The Clerk will electronically serve this order on the appointing authority for the Northern District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant's new counsel must order the reporter's transcript through submission of a CJA Form 24 to the district court by February 21, 2024. The transcript is due March 22, 2024. The opening brief and excerpts of record are due May 1, 2024; the answering brief is due May 31, 2024; and the optional reply brief is due within 21 days after service of the answering brief.

If appellant seeks transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court.  *See* 6 Guide to Judiciary Policy § 550.40.

The Clerk will serve this order on former counsel and appellant individually.